WINIFRED SAMUELS, Appellant, *v.* TERRY HOLDING Co., INC., Respondent.

WILLIAM SAMUELS, Appellant, *v.* TERRY HOLDING Co., INC., Respondent.

(Submitted April 1, 1930; decided May 6, 1930.)

*Milton Speiser* and *Joseph Speiser* for appellants.

*A. Arthur Klar* and *Samuel W. Dorfman* for respondent.

Judgment in each action affirmed, with costs; no opinion.

Concur: CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ.